**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 97-60772
Summary Calendar
_____

AIGUO XIE,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE.

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order of
the Board of Immigration Appeals
BIA No. A73 485 519
- - - - - - - - - -
December 22, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Aiguo Xie, a native and citizen of China who entered the United States in 1992 as a non-immigrant foreign student, has petitioned this court to review the Board of Immigration Appeal's (BIA) dismissal of his appeal of an order of deportation. Although he admits that he has not maintained his status as a full-time student, he contends that he was wrongfully terminated from the doctoral program at Rutgers University and that he is willing to continue his studies.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A review of the record reveals that the BIA's decision was supported by reasonable and substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996); see also 8 C.F.R. § 214.2(f)(5)(i). Accordingly, Xie's petition is denied.

PETITION DENIED.